**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDRICK DECOUD,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent.<br>_____ | Case No. **EDCV 12-01057 VAP**<br>　　　　　EDCR 02-00063 VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 14, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge